IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| STEPHANE SIANTOU, | § § § § | |
| *Plaintiff,* | § | |
| v. | § § | CIVIL ACTION NO. 1:23-cv-00026 |
| JPMORGAN CHASE & CO. d/b/a CHASE BANK, | § § § § | |
| *Defendant.* | § § | |

## JUDGMENT

In accordance with the Court's Order of even date granting Defendant's Motion for

Summary Judgment and Motion for Judgment on the Pleadings,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims are hereby

**DISMISSED WITH PREJUDICE**.

Dated this 17th day of June, 2024.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE